**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 1 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YVONNE REED, | No. 20-16379 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-00061-SMB |
| v. | |
| COGNIZANT TECHNOLOGY SOLUTIONS, | MEMORANDUM[*] |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the District of Arizona
Susan M. Brnovich, District Judge, Presiding

Submitted May 18, 2021[**]

Before:     CANBY, FRIEDLAND, and VANDYKE, Circuit Judges.

Yvonne Reed appeals pro se from the district court's order dismissing her Title VII employment discrimination action. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Doughtery v. City of Covina*, 654 F.3d 892, 897 (9th Cir. 2011) (dismissal under Federal Rule of Civil Procedure 12(b)(6));

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*O'Donnell v. Vencor Inc.*, 466 F.3d 1104, 1109 (9th Cir. 2006) (dismissal on the basis of the applicable statute of limitations). We affirm.

The district court properly dismissed Reed's action as time-barred because Reed filed this action after the applicable statute of limitations had run and failed to show extraordinary circumstances beyond her control that justified equitable tolling. *See* 42 U.S.C. § 2000e-5(f)(1) (setting forth 90-day period in which Title VII complainant may bring a civil action); *Payan v. Aramark Mgmt. Servs. Ltd. P'ship*, 495 F.3d 1119, 1121-22 (9th Cir. 2007) (90-day period operates as a limitations period; if a litigant does not file suit within 90 days of receipt of the notice of right to sue, the action is time-barred); *Stoll v. Runyon*, 165 F.3d 1238, 1242 (9th Cir. 1999) (explaining that equitable tolling is warranted "when extraordinary circumstances beyond the plaintiff's control made it impossible to file a claim on time").

**AFFIRMED.**